IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAVID VINCZE,

      Plaintiff,                      No. CIV S-04-0591 FCD KJM P

      vs.

SCOTT KERNAN, et al.,

      Defendants.                ORDER

_____/

      Plaintiff is a state prisoner proceeding with an action for violation of civil rights under 42 U.S.C. § 1983. On July 27, 2005, the court recommended that this action be dismissed as plaintiff had not submitted an amended complaint as he was directed to do by the court's May 16, 2005 order. Plaintiff has filed objections to the findings and recommendations in which plaintiff claims he never received a copy of the May 16 order.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. The court's July 27, 2005 findings and recommendations are vacated;

      2. The Clerk of the Court is directed to re-serve this court's May 16, 2005 order upon plaintiff along with copy of the court's form § 1983 complaint for use by prisoners, and ensure that the docket reflects such service;

/////

1       3. Plaintiff is granted thirty days to comply with the May 16, 2005 order. Failure
2  to comply with the May 16, 2005 order within thirty days will result in a recommendation that
3  this action be dismissed.
4  DATED: October 25, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] vinc0591.vfrs