IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAVID VINCZE,

    Plaintiff,        No. CIV S-04-0591 FCD KJM P

    vs.

SCOTT KERNAN, et al.,

    Defendants.      <u>ORDER</u>

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On February 7, 2006, the court recommended that this action be dismissed for plaintiff's failure to file an amended complaint. Plaintiff has filed objections to the court's findings and recommendations. In light of those objections, IT IS HEREBY ORDERED that:

    1. The court's February 7, 2006 findings and recommendations are vacated;

    2. The Clerk of the Court is directed to re-serve plaintiff with a copy of this court's May 16, 2005 order dismissing plaintiff's complaint (docket #12) and a copy of the court's form complaint for violations of civil rights alleged by prisoners under 42 U.S.C. § 1983 ; and

/////

3. Plaintiff is granted thirty days within which to comply with the May 16, 2005 order. Plaintiff's failure to do so will result in a recommendation that this action be dismissed without prejudice.

DATED: April 25, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

1 vinc0591.vfrs