IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAVID VINCZE,

        Plaintiff,                      No. CIV S-04-0591 FCD KJM P

    vs.

SCOTT KERNAN, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed May 16, 2005, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of his First Amendment claim against defendant Bolon. Therefore, the court will order service of process on defendant Bolon. With respect to the remaining claims and other defendant identified in plaintiff's amended complaint, plaintiff's amended complaint fails to state a claim upon which relief can be granted.

/////

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1. Service is appropriate for defendant Bolon.

3  2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons,
4  an instruction sheet and a copy of the amended complaint filed May 17, 2006.

5  3. Within thirty days from the date of this order, plaintiff shall complete the
6  attached Notice of Submission of Documents and submit the following documents to the court:

7  a. The completed Notice of Submission of Documents;

8  b. One completed summons;

9  c. One completed USM-285 form; and

10  d. Two copies of the endorsed amended complaint filed May 17, 2006.

11  4. Plaintiff need not attempt service on defendant Bolon and need not request
12  waiver of service.  Upon receipt of the above-described documents, the court will direct the
13  United States Marshal to serve defendant Bolon pursuant to Federal Rule of Civil Procedure 4
14  without payment of costs.

15  DATED: December 14, 2006.

_____
U.S. MAGISTRATE JUDGE

1
vinc0591.1(5.17.06)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DAVID VINCZE, | |
| Plaintiff, | No. CIV-S-04-0591 FCD KJM P |
| vs. | |
| SCOTT KERNAN, et al., | <u>NOTICE OF SUBMISSION</u> |
| Defendants. | <u>OF DOCUMENTS</u> |
| _____/ | |

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__    completed summons form

      __1__    completed USM-285 form

      __2__    copies of the __5/17/06__
                          Amended Complaint

DATED:

                                      _____
                                      Plaintiff