IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAVID VINCZE,

    Plaintiff,                                No. CIV S-04-0591 FCD KJM P

    vs.

SCOTT KERNAN, et al.,

    Defendants.                         ORDER

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On November 2, 2007, plaintiff filed a document in which he seeks a protective order concerning a deposition that has already occurred. Accordingly, petitioner's November 2, 2007 motion is denied as moot.

DATED: November 21, 2007.

                                              U.S. MAGISTRATE JUDGE

1
vinc0591.po