IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSEPH DAVID VINCZE,** | CASE NO.: 2:04-CV-0591 FCD KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **SCOTT KERNAN, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendant has until February 18, 2008, to file her dispositive motion in this matter.

DATED: January 24, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1