IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSEPH DAVID VINCZE,** | 2:04-CV-0591 FCD KJM P |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |
| v. | |
| **SCOTT KERNAN, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendant's request for additional time to file his dispositive motion (docket no. 35) is granted. Defendant's March 3, 2008 Motion for Summary Judgment (docket no. 38) is deemed timely.

DATED: March 19, 2008.

_____
U.S. MAGISTRATE JUDGE

**Order Granting Defendant's Second Request for Extension of Time to File Dispositive Motion**

1