IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSEPH DAVID VINCZE,** | CASE NO.: 2:04-CV-0591 FCD KJM P |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO VACATE PRETRIAL AND TRIAL DATES** |
| v. | |
| **SCOTT KERNAN, et al.,** | |
| Defendants. | |

The Court has considered Defendant's motion to vacate the pretrial and trial dates, pending a decision on Defendant's motion for summary judgment filed on March 3, 2008.  Good cause showing, the dates for the filing of pretrial statements and trial dates are vacated.  These dates shall be rescheduled, if need be, after a decision is rendered on Defendant's motion for summary judgment

**IT IS SO ORDERED** (this disposes of docket no. 40)**.**

Dated:  April 24, 2008.

_____
U.S. MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO VACATE PRETRIAL AND TRIAL DATES

1