IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAVID VINCZE,

     Plaintiff,                    No. CIV-S-04-0591 FCD KJM P

    vs.

SCOTT KERNAN, et al.,

     Defendant.                 ORDER

_____/

       On March 3, 2008, defendant filed a motion for summary judgment. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition to defendant's motion for summary judgment. Failure to file an opposition will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: May 20, 2008.

                                            U.S. MAGISTRATE JUDGE

1
vinc0591.46