IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAVID VINCZE

    Plaintiff,                        No. CIV S-04-0591 FCD KJM P

    vs.

SCOTT KERNAN, et al.,

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff has filed a motion in which he asks that defendant Colon be sanctioned for failing to respond to a discovery request which was served by plaintiff on October 31, 2007. In this court's July 27, 2007 scheduling order, plaintiff was informed that all requests for discovery had to have been served no later than sixty days prior to the November 23, 2007 discovery cutoff. Because plaintiff's October 31, 2007 request for discovery was late, plaintiff's motion for sanctions for failure to respond to that request will be denied.

/////

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's "motion for sanctions

2 . . ." (#32) is denied.

3 DATED: May 20, 2008.

                                   U.S. MAGISTRATE JUDGE

1
vinc0591.snc