IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAVID VINCZE,

    Plaintiff,                             No. CIV S-04-0591 FCD KJM P

  vs.

SCOTT KERNAN, et al.,

    Defendants.                            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 11, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

Case 2:04-cv-00591-FCD-KJM   Document 45   Filed 08/12/08   Page 2 of 2

1. The findings and recommendations filed July 11, 2008, are adopted in full; and

2. This action is dismissed.

DATED: August 12, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2